UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
Debra Young-Stevens : No. 18-12022-AMC
   Debtor

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on September 10, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on_____, 2019 at _____ in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before_____.

                              HONORABLE ASHELY M. CHAN
                              UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

    David M. Offen, Esquire

    Debra Young-Stevens