United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra Young-Stevens  
    Debtor

Case No. 18-12022-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa      Page 1 of 2      Date Rcvd: Sep 17, 2019  
                Form ID: pdf900    Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.

```
db          +Debra Young-Stevens,    6415 N. Fairhill Street,    Philadelphia, PA 19126-3848
cr          +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
              Boca Raton, FL 33487-2853
14079928    +Aspire Cardholder Services,    Po Box 105555,    Atlanta, GA 30348-5555
14079931    +Citibk Mc/bc,    One Court Square,    Long Island, NY 11120-0001
14079935    +Cooper & Schall PC,    2000 Market Street, Ste 1400,    Philadelphia, PA 19103-3214
14094654    +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
14262795     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
14324920    +Ditech Financial LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14079937    #Hayt, Hayt & Landau,    123 S. Broad Street,    Suite 19109,    Philadelphia, PA 19109-1003
14079941    +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
              Philadelphia, PA 19122-2806
14079942     Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,
              Philadelphia, PA 19103-1814
14079943    +Police And Fire Fede,    3333 Street Rd,    Bensalem, PA 19020-2022
14094929    +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
14235816    +Robert C. Folland,    BARNES & THORNBURG LLP,    Ditech Financial LLC,
              41 South High Street, Suite 3300,    Columbus, OH 43215-6104
14079948     Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14117433     UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
              MADISON, WI 53708-8973
14079949    +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
              Madison, WI 53704-3121
14079950    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:07     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:08
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:18     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14194831     E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:07     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14079929    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 04:00:51     Capital One,
              Capital One Retail,    Po Box 30253,    Salt Lake City, UT 84130-0253
14079930    +E-mail/Text: bankruptcy@cavps.com Sep 18 2019 03:49:46     Cavalry Portfolio Services,
              Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14081423    +E-mail/Text: bankruptcy@cavps.com Sep 18 2019 03:49:46     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14079932    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:42     Comenity Bank/Abarcrrombie,
              Po Box 182125,    Columbus, OH 43218-2125
14079933    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:43     Comenitycapital/gmstop,
              Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14079936    +E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39     Ditech,    Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
14095029     E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
14079934     E-mail/Text: bk@freedomfinancialnetwork.com Sep 18 2019 03:47:00     Consolidation Plus,
              1875 South Grant Street,    San Mateo, CA 94402
14105518    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14079938    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28     Midland Funding,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14101850     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:58:29
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14080513    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:59:28
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14079940    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 18 2019 03:48:39     Peco Energy,
              2301 Market Street,    Philadelphia, PA 19103-1380
14113681     E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:49
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14118604     E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:49
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2             Date Rcvd: Sep 17, 2019
                              Form ID: pdf900         Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14118439        +E-mail/Text: bncmail@w-legal.com Sep 18 2019 03:49:38     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14079951         E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:07     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14079939*       +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14079944*       +Police And Fire Fede,    3333 Street Rd,    Bensalem, PA 19020-2022
14079945*       +Police And Fire Fede,    3333 Street Rd,    Bensalem, PA 19020-2022
14079946*       +Police And Fire Fede,    3333 Street Rd,    Bensalem, PA 19020-2022
14079947*       +Police And Fire Fede,    3333 Street Rd,    Bensalem, PA 19020-2022
                                                                                     TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              DAVID M. OFFEN    on behalf of Debtor Debra   Young-Stevens dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC et al paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
:
Debra Young-Stevens : No. 18-12022-AMC
Debtor

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on September 10, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on October 8, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before October 1, 2019.

**Date: September 16, 2019**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

David M. Offen, Esquire

Debra Young-Stevens