```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE :                              :      CHAPTER 13
       Debra Young Stevens              :      No. 18-12022-AMC
         Debtors                        :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated September 17, 2019 was served upon the Chapter 13 Trustee, William C. Miller and all creditors via first class mail on September 17, 2019.

```
                                /s/ David M. Offen
                                David M. Offen Esq.
                                Attorney for Debtor
                                 601 Walnut Street
                                Suite 160 West
                                Philadelphia, PA 19106
                                215-625-9600
```

10/8/19